UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LISA HORN-BRICHETTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-CV-163-JRG-CCS |
| ) | |
| TIFFANY SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Pay Filing Fee Installments [Doc. 6]. By way of background, on June 12, 2017, the undersigned denied [Doc. 3] the Plaintiff's application to proceed in forma pauperis, reasoning that the Plaintiff nets $24,000.00 per year and that she had received $2,000.00 in family gifts within the past year. Further, the Plaintiff's expenses included $70.00 per month for clothing and $100 per month for pet care. The Plaintiff filed an objection, and the District Judge overruled the objection. The District Judge provided the Plaintiff fourteen days to pay the filing fee.

The Plaintiff instead filed the instant Motion. The Plaintiff states that she is unable to pay the full filing fee at this time but that she can pay in installments of $100.00 per month until paid. In order to accommodate the Plaintiff's financial situation, the undersigned **RECOMMENDS** that she be allowed to pay the filing fee in installments of $100.00 per month for four (4) months and that the Clerk be directed to issue a summons upon proper presentation by the Plaintiff and payment of the initial $100.00 installment of the filing fee. In addition, the undersigned

**RECOMMENDS** that if the Plaintiff fails to timely remit any of the installment payments, such failure will result in an immediate dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Finally, the undersigned **RECOMMENDS** that the Plaintiff provide for her own service of the summons and the Compliant at her own costs.  Accordingly, the Court **RECOMMENDS**[1] that the Motion to Pay Filing Fee [**Doc. 6**] be **GRANTED**.

                                              Respectfully submitted,

                                                     s/ C. Clifford Shirley, Jr.
                                                 United States Magistrate Judge

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party.  Fed. R. Civ. P. 72(b)(2).  Such objections must conform to the requirements of Federal Rule of Civil Procedure 72(b).  Failure to file objections within the time specified waives the right to appeal the District Court's order.  *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).  "[T]he district court need not provide *de novo* review where objections [to the Report and Recommendation] are '[f]rivolous, conclusive or general.'"  *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir.1982)).  Only specific objections are reserved for appellate review.  *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).