UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LISA HORN-BRICHETTO, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-163 |
| | ) | |
| TIFFANY SMITH, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 20, 2017, [Doc. 7]. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion to pay her filing fee in installments, [Doc. 6], be granted. No objection to the recommendation has been filed.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation, [Doc. 7], is **ADOPTED** and **APPROVED** and that the plaintiff's motion to pay her filing fee in installments, [Doc. 6] is **GRANTED**. Plaintiff will be permitted to pay the filing fee in installments of $100.00 per month for four (4) months. The Clerk is hereby **DIRECTED** to issue a summons upon proper presentation by the plaintiff and payment of the initial $100.00 installment of the filing fee. If the plaintiff fails to timely remit any of the installment payments, such failure will result in an immediate dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff will provide for her own service of the summons and the Complaint at her own costs.

So ordered.

ENTER:

                                        s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE