IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



FILED
2018 JUL 13 A 11: 48
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____DEPT CLERK

| | |
|---|---|
| LISA HORN-BRICHETTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-CV-163 |
| ) | Greer / Poplin |
| TIFFANY SMITH, ) | |
| RUSSELL JOHNSON, and ) | |
| BECKY RUPPE, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO COMPEL PRODUCTION
## OF DOCUMENTS IN COMPLIANCE WITH NON-PARTY SUBPOENA

### I. INTRODUCTION

Pursuant to Rule 45, Federal Rules of Civil Procedure, Plaintiff, *pro se*, respectfully moves the Court for an order compelling the production of documents subpoenaed from Josh Devine/Tennessee Bureau of Investigation. ("the TBI"), and to award Plaintiff her reasonable costs associated with having prepared and filed this Motion.

### II. FACTS

1. On April 10, 2018, the Plaintiff issued a subpoena for documents on the TBI, a non-party (the "Subpoena").

2. By the Subpoena, Plaintiff sought the production of the investigative report for Morgan County case 2011-CR-41A. A copy of the Subpoena is attached as Exhibit A.

3. The Subpoena is part of Plaintiff's efforts to obtain documents related to the Defendants conspiracy to retaliate for political loses.

4. After service, the TBI wrote and requested that the plaintiff sign a Nondisclosure Agreement and pay $63.60 for copies, attached as Exhibit B.

5. Plaintiff responded that federal law requires responding parties to bear their own expenses, unless they are significant, as shown in Exhibit C, to which the TBI refused to comply with the subpoena as shown in Exhibit D.

6. Accordingly, Plaintiff files this Motion and respectfully requests this Court to compel the TBI to produce the subpoenaed documents.

## III. LAW AND ARGUMENT

As explained in *United States v. Cardinal Growth*, in federal court, the presumption is that the responding party must bear the expense of complying with discovery requests unless the expense is "significant." No. 11 C 4071 (N.D. Ill. Feb. 23, 2015). In *Cardinal Growth*, the Small Business Administration sued Cardinal after it failed to repay loans. The court appointed the SBA as receiver and permitted it to marshal Cardinal's assets and business records. As a result, the SBA requested documents from attorneys who represented Cardinal in prior business transactions.

The law firm produced the documents, but sought reimbursement for over $44,000 spent complying with the subpoena. Much of the cost related to charges by an e-discovery vendor to collect and search electronically stored information (ESI), including e-mail relating to Cardinal.

The court denied the reimbursement request. Although the law firm petitioned for costs under Fed. R. Civ. P. 45, the rule governing third party subpoenas, the rule did not apply. The

SBA's document request was not based on Rule 45, but on the court's order permitting the SBA to collect Cardinal's business records. The court further concluded that if Rule 45 applied, it would not authorize the payment of the law firm's costs.

When a non-party produces documents pursuant to a Rule 45 subpoena, presumptively, the responding party bears the expense of compliance. However, the court also pointed out that requesting parties must avoid imposing undue burden or expense on responding parties. It can hardly be considered an "undue burden" for the TBI to spend less than $70 responding to a subpoena; therefore this motion should be granted.

## IV. CONCLUSION

WHEREFORE, Plaintiff respectfully requests the entry of an order compelling non-party TBI to comply with the Subpoena, awarding Plaintiff the reasonable costs and fees in bringing this Motion, and any other relief as the Court deems just and necessary. If the Court is inclined to award fees and costs, Plaintiff respectfully requests that she be allowed 10 days to submit the necessary documents supporting the fees and costs incurred.

Respectfully submitted,

*Lisa Horn-Brichetto*
Lisa Horn-Brichetto
Plaintiff, *pro se*
5201 Kingston Pike
Suite 1
Knoxville, TN 37919
865-936-2399
lisabrichetto@yahoo.com

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a copy of the foregoing was mailed via first-class mail, postage prepaid, to:

Mary Elizabeth McCullohs
Office of the Attorney General
P. O. Box 20207
Nashville, TN 37202-0207

_____
Lisa Horn-Brichetto
Plaintiff, *pro se*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| LISA-HORN-BRICHETTO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-CV-163 |
| TIFFANY SMITH et al | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: JOSH DEVINE/TENNESSEE BUREAU OF INVESTIGATION

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

INVESTIGATIVE REPORT, MORGAN COUNTY CASE 2011-CR-41A

| Place: Lisa Horn-Brichetto at the address below | Date and Time: 04/30/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/10/18

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*     OR     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
Lisa Horn-Brichetto pro se 4815 Kingston Pike, Knoxville, TN 37919
lisabrichetto@yahoo.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

 

**TENNESSEE BUREAU OF INVESTIGATION**
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639
(615) 744-4000
Facsimile (615) 744-4500
TDD (615) 744-4001

**BILL HASLAM**
GOVERNOR

**MARK GWYN**
DIRECTOR

May 14, 2018

Lisa Horn-Brichetto
4815 Kingston Pike
Knoxville, TN. 37919

Re: Lisa Horn-Brichetto v. Tiffany Smith, et al.

Dear Ms. Brichetto:

Enclosed please find a Limited Nondisclosure Agreement regarding TBI's production of its file regarding Lisa Catherine Brichetto TBI Case File NA-16A-000084. We have redacted the criminal history information, and for that reason the pages that are Bate stamped with the following numbers have been withheld: CID 29-33. If the Agreement meets with your approval, please sign it and return it to me. If the Agreement does not meet with your approval, please contact me at your convenience.

TBI policy states that the charge for copying documents is twenty cents per page; therefore, the cost will be for pages 318 @ 20 cents per copy, or $63.60

Once TBI receives a copy of the signed Agreement, along with payment of $63.60, we will forward the file to you. Please contact me if you have any questions.

Sincerely,

*Jeanne Broadwell*

Jeanne Broadwell
General Counsel

JB/as
Enclosure

Exhibit B

INTERNATIONALLY ACCREDITED SINCE 1994

Lisa Horn-Brichetto
5201 Kingston Pike
Suite 1
Knoxville, TN 37919
lisabrichetto@yahoo.com

May 29, 2018

Ms. Jeanne Broadwell
General Counsel
Tennessee Bureau Of Investigation
901 R.S. Gass Blvd.
Nashville, TN 37216

RE: Subpoena for Records 3:17-CV-163

Dear Ms. Broadwell:

As explained in United States v. Cardinal Growth, in federal court, the presumption is that the responding party must bear the expense of complying with discovery requests unless the expense is "significant." If the subpoena is issued in a state court matter, a state statute or court rule may shift the costs of subpoena compliance to the requesting party.

I do not consider the request for 318 pages of documents from the TBI to be "significant", nor an undue burden or expense to the State Agency.

Therefore I must request you forward the documents as listed on the subpoena.

Regards,


Lisa Horn-Brichetto *pro se*

Exhibit C



**TENNESSEE BUREAU OF INVESTIGATION**
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639
(615) 744-4000
Facsimile (615) 744-4500
TDD (615) 744-4001



**BILL HASLAM**
GOVERNOR

**MARK GWYN**
DIRECTOR

June 6, 2018

Lisa Horn-Brichetto
5201 Kingston Pike, Suite 1
Knoxville, TN 37919

Dear Ms. Brichetto,

We have reviewed your request for TBI to produce our records pursuant to your subpoena at no cost to you. In accordance with TBI policy we deny your request and will not produce the records until we receive payment.

Sincerely,

*Jeanne Broadwell*

Jeanne Broadwell
General Counsel

Exhibit D

INTERNATIONALLY ACCREDITED SINCE 1994