IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LISA HORN-BRICHETTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-163-JRG-DCP |
| | ) | |
| TIFFANY SMITH, | ) | |
| RUSSELL JOHNSON, and | ) | |
| BECKY RUPPE, | ) | |
| | ) | |
| Defendants. | ) | |

## NON-PARTY'S MOTION TO QUASH SUBPOENA

Plaintiff, Lisa Horn-Brichetto, has issued and served a subpoena to testify and to produce materials or permit inspection to a non-party witness, Melissa Boaz, Legislative Performance Auditor for the Comptroller of the Treasury of the State of Tennessee. Undersigned counsel from the Office of the Tennessee Attorney General and Reporter enters a limited appearance on behalf of Ms. Boaz as a non-party witness.

Pursuant to Fed. R. Civ. P. 45(d)(3), undersigned counsel moves to quash the subpoena as unduly burdensome and irrelevant. In support of this motion, Ms. Boaz relies on a Memorandum of Law filed concurrently with this motion, and on previously filed documents: the affidavit of Gregory L. Cothron, Comptroller of the Treasury Assistant General Counsel (DE 30), the Non-Party's Memorandum of Law in Support of Motion to Quash the subpoena served on Comptroller of the Treasury Justin P. Wilson (DE 29), and the Court's Order (DE 35) granting the Non-Party's Motion to Quash Subpoena.

Respectfully submitted,

HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER

By: /s/ Mary Elizabeth McCullohs
Mary Elizabeth McCullohs, TN BPR No. 026467

Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-8126
mary.mccullohs@ag.tn.gov

*Attorney for Non-Party Witness Melissa Boaz*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 27, 2018, a true and correct copy of the foregoing *Non-Party Motion to Quash Subpoena* was filed electronically with the Clerk of Court using the electronic filing system which will send electronic notification of such filing to all parties that have appeared in this action, and was served, via U.S. Mail, postage prepaid, to the following:

Lisa Horn-Brichetto
4815 Kingston Pike
Knoxville, TN 37919

*Pro se*

/s/ Mary Elizabeth McCullohs
Mary Elizabeth McCullohs