IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LISA HORN-BRICHETTO,

    Plaintiff,

v.

No. 3:17-cv-163-JRG-DCP

TIFFANY SMITH,
RUSSELL JOHNSON, and
BECKY RUPPE,

    Defendants.

## AFFIDAVIT OF JOE GUGLIELMUCCI

Joe Guglielmucci, having been duly sworn, states the following:

1. I am a managerial parole officer with the Tennessee Department of Correction and my current duty station is located at 1426 Elm Street, Knoxville, Tennessee ("the Knoxville Unit).

2. I joined the Knoxville Unit in January of 2015 following my retirement from the Philadelphia Police Department.

3. I am the manager of the Knoxville Unit and supervise Officer Chad Reep and Officer James Shipley.

4. On August 20, 2018, the Knoxville Unit received, by certified mail addressed to me, a subpoena issued in this matter. The subpoena commanded me to appear and give testimony on October 5, 2018.

5. I have read the Complaint filed in this lawsuit and have no knowledge related to any of the allegations or claims made in the Complaint.

6. I do not know and have never met Assistant District Attorney General Tiffany Smith, and I have never had any contact or interactions with her.

7. I do not know and have never met District Attorney General Russell Johnson, and I have never had any contact or interactions with him.

8. I do not know and have never met Becky Ruppe, and I have never had any contact or interactions with her.

9. I do not know and have never met Lisa Horn-Brichetto, and I have never had any contact or interactions with her.

*Joe Guglielmucci*

State of Tennessee
County of Knox

Sworn and subscribed before me on this 24 day of August 2018.

_____
NOTARY PUBLIC

My commission expires: December 21, 2021

2