IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LISA HORN-BRICHETTO, )
)
    Plaintiff, )
)
v. ) No. 3:17-cv-163-JRG-DCP
)
TIFFANY SMITH, )
RUSSELL JOHNSON, and )
BECKY RUPPE, )
)
    Defendants. )

## AFFIDAVIT OF CHAD REEP

Chad Reep, having been duly sworn, states the following:

1. I am a parole officer with the Tennessee Department of Correction and my current duty station is located at 1426 Elm Street, Knoxville, Tennessee ("the Knoxville Unit).

2. I joined the Knoxville Unit in March of 2017 following my graduation from college.

3. I am the parole officer currently assigned to supervise John H. Brichetto during the parole sentence he is currently serving.

4. On August 13, 2018, the Knoxville Unit received, by certified mail addressed to me, two subpoenas issued in this matter. One subpoena commanded me to appear and give testimony on October 5, 2018. The second subpoena commanded me to produce the "Contents of Parole File John H. Brichetto Tomis #553514 to include emails, Tomis records, contacts, notes" to Lisa Horn-Brichetto.

5. I have read the Complaint filed in this lawsuit and have no knowledge related to any of the allegations or claims made in the Complaint.

6. I do not know and have never met Assistant District Attorney General Tiffany Smith, and I have never had any contact or interactions with her until I received the referenced subpoenas on August 13, 2018.

7. I do not know and have never met District Attorney General Russell Johnson, and I have never had any contact or interactions with him.

8. I do not know and have never met Becky Ruppe, and I have never had any contact or interactions with her.

9. I do not know and have never met Lisa Horn-Brichetto, and I have never had any contact or interactions with her.

_____
Chad Reep

State of Tennessee
County of Knox

Sworn and subscribed before me on this 24 day of August 2018.

_____
NOTARY PUBLIC

My commission expires: December 1, 2021

2