IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LISA HORN-BRICHETTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-163-JRG-DCP |
| | ) | |
| TIFFANY SMITH, | ) | |
| RUSSELL JOHNSON, and | ) | |
| BECKY RUPPE, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF JAMES SHIPLEY**

James Shipley, having been duly sworn, states the following:

1.      I am a parole officer with the Tennessee Department of Correction and my current duty station is located at 1426 Elm Street, Knoxville, Tennessee ("the Knoxville Unit).

2.      I joined the Knoxville Unit in January of 2017 following employment with the Office of Inspector General, United States Postal Service.

3.      On August 20, 2018, the Knoxville Unit received, by certified mail addressed to me, a subpoena issued in this matter. The subpoena commanded me to appear and give testimony on October 5, 2018.

4.      I have read the Complaint filed in this lawsuit and have no knowledge related to any of the allegations or claims made in the Complaint.

5.      I do not know and have never met Assistant District Attorney General Tiffany Smith, and I have never had any contact or interactions with her.

6.      I do not know and have never met District Attorney General Russell Johnson, and I have never had any contact or interactions with him.

7.      I do not know and have never met Becky Ruppe, and I have never had any contact or interactions with her.

8.      I do not know and have never met Lisa Horn-Brichetto, and I have never had any

contact or interactions with her.

_James Shipley_

State of Tennessee
County of Knox

Sworn and subscribed before me on this 24 day of August 2018.

_NOTARY PUBLIC_

My commission expires: December 1, 2021

2

Case 3:17-cv-00163-JRG-DCP   Document 52   Filed 08/27/18   Page 2 of 2   PageID #: 281