IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LISA HORN-BRICHETTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-163-JRG-DCP |
| | ) | |
| TIFFANY SMITH, | ) | |
| RUSSELL JOHNSON, and | ) | |
| BECKY RUPPE, | ) | |
| | ) | |
| Defendants. | ) | |

## CORRECTED CERTIFICATE OF SERVICE
## FOR DE [47], [48], [49], [50], [51], [52] & [53]

Undersigned counsel, on behalf of the non-party witnesses: Melissa Boaz, Joe Guglielmucci, Chad Reep, and James Shipley, submits the following corrected certificate of service for DE 47, 48, 49, 50, 51, 52, and 53.

I hereby certify that, on August 27, 2018, a true and correct copies of Docket Entries 47-53 were served via U.S. Mail, postage prepaid, upon the following:

Lisa Horn-Brichetto
4201 Kingston Pike, Suite 1
Knoxville, TN 37919

Respectfully submitted,

HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER

By: /s/ Mary Elizabeth McCullohs
Mary Elizabeth McCullohs, TN BPR No. 026467
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-8126
mary.mccullohs@ag.tn.gov
*Attorney for Non-Party Witnesses*

## CERTIFICATE OF SERVICE

   I hereby certify that, on August 27, 2018, a true and correct copy of the foregoing *Corrected Certificate of Service* was filed electronically with the Clerk of Court using the electronic filing system which will send electronic notification of such filing to all parties that have appeared in this action, and was served, via U.S. Mail, postage prepaid, to the following:

Lisa Horn-Brichetto
4201 Kingston Pike, Suite 1
Knoxville, TN  37919

*Pro se*

               /s/ Mary Elizabeth McCullohs
               Mary Elizabeth McCullohs