IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Lisa Horn-Brichetto )
        Plaintiff )
)
v. ) Civil Action No. 3:17-cv-163
)
)
Tiffany Smith et al. )
        Defendant )

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 25, 2017 ;

that the summons and complaint were duly served upon the defendant, Becky Ruppe

_____, and no answer or other pleading has been filed by said defendant as required

by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant,

Becky Ruppe , as provided in Rule 55(a), Federal Rules of Civil

Procedure.

                                        John L. Medearis, CLERK

                                        By   s/ A. Foster
                                                Deputy Clerk